UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-62329-CIV-DIMITROULEAS

B.M.V.V.,

 Petitioner,

vs.

JUAN AGUDELO, et al.,

 Respondent.

_____/

## <u>ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL</u>

THIS CAUSE is before the Court upon Petitioner's Notice of Voluntary Dismissal

("Notice") [DE 7], filed herein on September 24, 2019. The Court has carefully considered the

Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as that the Notice [DE 7] is hereby

**APPROVED**. This case is **DISMISSED**, and the Clerk is directed to **CLOSE** this case and

**DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida on

this 25th day of September, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record